**United States Court of Appeals**

**Fifth Circuit**

**F I L E D**

**February 16, 2005**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-60528
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY D. BROWN,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:03-CR-110-ALL

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

Larry D. Brown appeals his conviction following a jury trial for being a felon in possession of a firearm, 18 U.S.C. § 922(g)(1). Brown argues that the district court abused its discretion in admitting evidence of his involvement in counterfeiting and impersonation of a police officer.

Because the challenged evidence "complete[d] the story of the crime" and was "'inextricably intertwined'" with the evidence of the crime charged, the evidence was "intrinsic" evidence. See

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

United States v. Coleman, 78 F.3d 154, 156 (5th Cir. 1996) (citations omitted); United States v. Dale, 374 F.3d 321, 325 (5th Cir. 2004), petition for cert. filed (Nov. 8, 2004) (No. 04-7184). Brown has failed to show that the district court abused its discretion in admitting this evidence, the probative value of which was not substantially outweighed by any potential for undue prejudice. See FED. R. EVID. 403. Brown's conviction is **AFFIRMED**.